IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 10–cv–02914–MSK–KMT

LORETTA CASTILLE,

      Plaintiff,

v.

FIRST TRANSIT,

      Defendant.

## MINUTE ORDER

### ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA

This matter is before the court on "Unopposed Motion to Withdraw as Counsel of Record" (#22, filed May 25, 2012). Being otherwise fully advised, it is hereby ORDERED that the Motion (#22) is GRANTED. Attorney Allison R. Cohn is relieved of any further representation of Defendant in the above-captioned matter. The Clerk of Court is instructed to remove Ms. Cohn from the electronic certificate of mailing.

Dated: May 25, 2012