IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger

Civil Action No. 10-cv-02914-MSK-KMT

LORETTA CASTILLE,

    Plaintiff,

v.

FIRST TRANSIT, INC.,

    Defendant.

---

## FINAL JUDGMENT

---

In accordance with orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P 58(a), the following Final Judgment is hereby entered.

Pursuant to the Opinion and Order filed on August 26, 2013 **(Doc. #35)**, Granting Defendant's Motion for Summary Judgment **(Doc. #27)**, it is

ORDERED that judgment is entered in favor of the defendant First Transit, Inc. and against Loretta Castille on all claims in this action. It is further

ORDERED that defendant is AWARDED its costs, to be taxed by the Clerk of the Court pursuant to the procedures set forth in Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

Dated at Denver, Colorado this 27th day August, 2013.

        ENTERED FOR THE COURT:
        JEFFREY P. COLWELL, CLERK

        By: s/Edward P. Butler
        Edward P. Butler, Deputy Clerk